In the United States District Court

for the _Eastern_____ District of _New York_____

United States of America

v.

OKSANA AVRAM,

Criminal No. 06-622 (MC)

**07 CRIM. 622**

*A TRUE COPY ATTEST*
DATE June 26, 20 07
ROBERT C. HEINEMANN
CLERK
BY _____ DEPUTY CLERK

**Consent to Transfer of Case**

**for Plea and Sentence**

*(Under Rule 20)*

I, _Oksana Avram_____, defendant, have been informed that a _indictment_____ (indictment, information, complaint) is pending against me in the above designated cause. I wish to plead _guilty_ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the _Southern_____ District of _New York_____ in which I _am under indictment_____ (am under arrest, am held) and to waive trial in the above captioned District.

Dated: _June 17_, 2007 at _____

_OKSANA AVRAM_
(Defendant)

So Ordered: _____
Brian M. Cogan
U.S. District Judge

_____
(Witness)

_____
(Counsel for Defendant)
IGOR NIMAN, ESQ.

Approved

_____
United States Attorney for the
_Southern_____ District of
_New York_____

_____
United States Attorney for the
_Eastern_____ District of
_New York_____

FORM USA-153