MH:WYC
F.#2006R01622

**07 CRIM. 622**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

INESSA SHURIGINA,
OLGA MAKSIMIYK,
OKTAVIAN KUPCHANKO,
    also known as "Adik" and
    "Vasiliy Voronich,"
OKSANA AVRAM,
    also known as "Tatiana
    Heladyr," and
LEONID GALCHIK,

        Defendants.

- - - - - - - - - - - - - - - - X

I N D I C T M E N T

Cr. No._____
(T. 8, U.S.C, §§ 1324,
1324(a)(1)(A)(v)(I),
1324(a)(1)(B)(i) and
1324(a)(2)(B)(ii); T. 18,
U.S.C., §§ 241, 892(a),
894(a)(1), 1951(a), 2 and
3551 et seq.)

A TRUE COPY ATTEST
DATE June 26, 2007
ROBERT C. HEINEMANN
CLERK
BY: _____
DEPUTY CLERK

THE GRAND JURY CHARGES:

COUNT ONE

In or about and between April 2003 and October 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants INESSA SHURIGINA, OLGA MAKSIMIYK, OKTAVIAN KUPCHANKO, also known as "Adik" and "Vasiliy Voronich," OKSANA AVRAM, also known as "Tatiana Hladyr," and LEONID GALCHIK, together with others, did knowingly and intentionally conspire to encourage and induce aliens to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry

FILED
JUL 10 2007

2

and residence was and would be in violation of law, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

(Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO

In or about May 2003, within the Eastern District of New York and elsewhere, the defendants INESSA SHURIGINA, OKSANA AVRAM, also known as "Tatiana Hladyr," and LEONID GALCHIK, together with others, did knowingly and intentionally bring and attempt to bring Jane Doe #1, an alien whose identity is known to the Grand Jury, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter or reside in the United States.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT THREE

In or about May 2003, within the Eastern District of New York and elsewhere, the defendant INESSA SHURIGINA knowingly

3

and intentionally made an extortionate extension of credit to Jane Doe #1.

(Title 18, United States Code, Sections 892(a), 2 and 3551 et seq.)

## COUNT FOUR

In or about and between May 2003 and November 2003, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendant INESSA SHURIGINA knowingly and intentionally participated in the use of extortionate means to collect and attempt to collect extensions of credit from Jane Doe #1.

(Title 18, United States Code, Sections 894(a)(1), 2 and 3551 et seq.)

## COUNT FIVE

In or about and between May 2003 and November 2003, both dates being approximate and inclusive, within the Eastern District of New York, the defendant INESSA SHURIGINA did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendant obtained property, to wit: sums of money, from Jane Doe #1, with the consent of Jane Doe #1,

4

which consent was induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

## COUNT SIX

In or about February 2006, within the Eastern District of New York and elsewhere, the defendants OLGA MAKSIMIYK, OKTAVIAN KUPCHANKO, also known as "Adik" and "Vasiliy Voronich," and OKSANA AVRAM, also known as "Tatiana Hladyr," together with others, did knowingly and intentionally bring John Doe #1, an alien whose identity is known to the Grand Jury, to the United States for the purpose of commercial advantage and private financial gain, knowing and in reckless disregard of the fact that such alien had not received prior official authorization to come to, enter or reside in the United States.

(Title 8, United States Code, Section 1324(a)(2)(B)(ii); Title 18, United States Code, Sections 2 and 3551 et seq.)

## COUNT SEVEN

In or about February 2006, within the Eastern District of New York and elsewhere, the defendant OKTAVIAN KUPCHANKO, also

Case 1:07-cr-00622-RPP   Document 4   Filed 07/10/2007   Page 5 of 14
Case 1:06-cr-00712-BMC   Document 1   Filed 10/25/2006   Page 5 of 14

5

known as "Adik," knowingly and intentionally made an extortionate extension of credit to John Doe #1.

(Title 18, United States Code, Sections 892(a), 2 and 3551 et seq.)

## COUNT EIGHT

In or about and between February 2006 and October 2006, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants OLGA MAKSIMIYK, OKTAVIAN KUPCHANKO, also known as "Adik" and "Vasiliy Voronich," and OKSANA AVRAM, also known as "Tatiana Hladyr," knowingly and intentionally participated in the use of extortionate means to collect and attempt to collect extensions of credit from John Doe #1.

(Title 18, United States Code, Sections 894(a)(1), 2 and 3551 et seq.)

## COUNT NINE

In or about and between February 2006 and October 2006, both dates being approximate and inclusive, within the Eastern District of New York, the defendants OLGA MAKSIMIYK, OKTAVIAN KUPCHANKO, also known as "Adik" and "Vasiliy Voronich," and OKSANA AVRAM, also known as "Tatiana Hladyr," did knowingly and intentionally obstruct, delay and affect commerce, and the movement of articles and commodities in commerce, by extortion, in that the defendants and others obtained property, to wit: sums

6

of money, from John Doe #1, with the consent of John Doe #1, which consent was induced through wrongful use of actual and threatened force, violence and fear.

(Title 18, United States Code, Sections 1951(a), 2 and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

_Roslyn R. Mauskopf_
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

F. # 2005R00666
FORM DBD-34

CR. No. _____

# UNITED STATES DISTRICT COURT

*EASTERN District of NEW YORK*

**CRIMINAL** *Division*

THE UNITED STATES OF AMERICA

vs.

INESSA SHURIGINA, et.al.,

Defendants.

## INDICTMENT

Cr. No. _____

(T. 18, U.S.C., §§ 1324, 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i) and 1324(a)(2)(B)(ii); T. 18, U.S.C., §§ 241, 892(a), 894(a)(1), 1951(a), 2 and 3551 et seq.)

*A true bill.*

_____
*Foreman*

*Filed in open court this* _____ *day,*
*of* _____ *A.D. 19* _____

_____
*Clerk*

*Bail, $* _____

Winston Chan, Assistant U.S. Attorney  (718) 254-7577

AW (Rev. EDNY 1996) Warrant for Arrest
Case 1:07-cr-00622-RPP   Document 4   Filed 07/10/2007   Page 8 of 14
Case 1:06-cr-00712-BMC   Document 1   Filed 10/25/2006   Page 8 of 14

___EASTERN___ DISTRICT OF ___NEW YORK___

UNITED STATES OF AMERICA

V.

INESSA SHURIGINA,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest ___INESSA SHURIGINA,___
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

alien smuggling conspiracy, in violation of T. 8, U.S.C., sections 1324(a)(1)(A)(v)(I) and 1324(A)(1)(B)(i); alien smuggling, in violation of T. 8, U.S.C., section 1324(a)(2)(B)(ii); extortionate extension of credit, in violation of T. 18, U.S.C., section 892(a); extortionate collection of credit, in violation of T. 18, U.S.C., section 894(a)(1); and extortion, in violation of T. 18, U.S.C., section 1951(a),

in violation of Title __18__ United States Code, Section(s) __§ 894(a)(1) and 1951(a)__

JAMES ORENSTEIN
Name of Issuing Officer

__UNITED STATES MAGISTRATE JUDGE__
Title of Issuing Officer

Signature of Issuing Officer

__10/25/06__   __BROOKLYN, NEW YORK__
Date and Location

Bail fixed at $ _____ By __UNITED STATES MAGISTRATE JUDGE__

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AW (Rev. EDNY-10/95) Warrant for Arrest
Case 1:07-cr-00622-RPP   Document 4   Filed 07/10/2007   Page 9 of 14
Case 1:06-cr-00712-BMC   Document 1   Filed 10/25/2006   Page 9 of 14

| EASTERN | DISTRICT OF | NEW YORK |

UNITED STATES OF AMERICA

v.

OLGA MAKSIMIYK,

Defendant.

# WARRANT FOR ARREST

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest ___OLGA MAKSIMIYK,___

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

alien smuggling conspiracy, in violation of T. 8, U.S.C., sections 1324(a)(1)(A)(v)(I) and 1324(A)(1)(B)(i); alien smuggling, in violation of T. 8, U.S.C., section 1324(a)(2)(B)(ii); extortionate extension of credit, in violation of T. 18, U.S.C., section 892(a); extortionate collection of credit, in violation of T. 18, U.S.C., section 894(a)(1); and extortion, in violation of T. 18, U.S.C., section 1951(a),

in violation of Title __18__ United States Code, Section(s) __§ 894(a)(1) and 1951(a)__

JAMES ORENSTEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/25/06   BROOKLYN, NEW YORK
Date and Location

Bail fixed at $ _____ By UNITED STATES MAGISTRATE JUDGE

## RETURN

This warrant was received and executed with the arrest of the above name defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

AW (Rev. EDNY 3/98) Warrant for Arrest
Case 1:07-cr-00622-RPP    Document 4    Filed 07/10/2007    Page 10 of 14
Case 1:06-cr-00712-BMC    Document 1    Filed 10/25/2006    Page 10 of 14

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

V.

OKTAVIAN KUPCHANKO,
  a/k/a "Adik" and "Vasiliy Voronich,"

                              Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest _____OKTAVIAN KUPCHANKO, a/k/a "Adik" and "Vasiliy Voronich,"_____
                                                                    Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

alien smuggling conspiracy, in violation of T. 8, U.S.C., sections 1324(a)(1)(A)(v)(I) and 1324(A)(1)(B)(i); alien smuggling, in violation of T. 8, U.S.C., section 1324(a)(2)(B)(ii); extortionate extension of credit, in violation of T. 18, U.S.C., section 892(a); extortionate collection of credit, in violation of T. 18, U.S.C., section 894(a)(1); and extortion, in violation of T. 18, U.S.C., section 1951(a),

in violation of Title __18__ United States Code, Section(s) __§ 894(a)(1) and 1951(a)__

__JAMES ORENSTEIN__                              __UNITED STATES MAGISTRATE JUDGE__
Name of Issuing Officer                          Title of Issuing Officer

[signature]                                      __10/25/06__    __BROOKLYN, NEW YORK__
Signature of Issuing Officer                     Date and Location

Bail fixed at $_____ By __UNITED STATES MAGISTRATE JUDGE__

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AW (Rev. EDNY 5/98) Warrant for Arrest
Case 1:07-cr-00622-RPP   Document 4   Filed 07/10/2007   Page 11 of 14
Case 1:06-cr-00712-BMC   Document 1   Filed 10/25/2006   Page 11 of 14

EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

OKSANA AVRAM,
   a/k/a "Tatiana Heladyr,"

**WARRANT FOR ARREST**

CASE NUMBER:

TO:  The United States Marshal  **Defendant.**
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest  **OKSANA AVRAM, a/k/a "Tatiana Heladyr,"**

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

alien smuggling conspiracy, in violation of T. 8, U.S.C., sections 1324(a)(1)(A)(v)(I) and 1324(A)(1)(B)(i); alien smuggling, in violation of T. 8, U.S.C., section 1324(a)(2)(B)(ii); extortionate extension of credit, in violation of T. 18, U.S.C., section 892(a); extortionate collection of credit, in violation of T. 18, U.S.C., section 894(a)(1); and extortion, in violation of T. 18, U.S.C., section 1951(a).

in violation of Title __18__ United States Code, Section(s) §§ 894(a)(1) and 1951(a)

JAMES ORENSTEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/25/06  BROOKLYN, NEW YORK
Date and Location

Bail fixed at $ _____ By UNITED STATES MAGISTRATE JUDGE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

_____EASTERN_____ DISTRICT OF _____NEW YORK_____

UNITED STATES OF AMERICA

V.

LEONID GALCHIK,

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

TO: The United States Marshal
and any Authorized United States Officer
and/or any Federal Bureau of Investigation Officer

YOU ARE HEREBY COMMANDED to arrest _____LEONID GALCHIK,_____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him with (brief description of offense)

alien smuggling conspiracy, in violation of T. 8, U.S.C., sections 1324(a)(1)(A)(v)(I) and 1324(A)(1)(B)(i); alien smuggling, in violation of T. 8, U.S.C., section 1324(a)(2)(B)(ii); extortionate extension of credit, in violation of T. 18, U.S.C., section 892(a); extortionate collection of credit, in violation of T. 18, U.S.C., section 894(a)(1); and extortion, in violation of T. 18, U.S.C., section 1951(a),

in violation of Title 18 United States Code, Section(s) § 894(a)(1) and 1951(a)

JAMES ORENSTEIN
Name of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

Signature of Issuing Officer

10/25/06    BROOKLYN, NEW YORK
Date and Location

Bail fixed at $ _____ By UNITED STATES MAGISTRATE JUDGE

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above name defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

# INFORMATION SHEET

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

1. Title of Case: **United States v. Inessa Shurigina, et al.**

2. Related Magistrate Docket Number(s):

    None ( X )

3. Arrest Date: **Arrest warrants to be issued**

4. Nature of offense(s):  ☒  Felony
                          ☐  Misdemeanor

5. Related Cases - Title and Docket No(s). (Pursuant to Rule 50.3 of the Local E.D.N.Y. Division of Business Rules): _____

6. Projected Length of Trial:   Less than 6 weeks   ( X )
                                More than 6 weeks   (  )

7. County in which crime was allegedly committed: Kings
   (Pursuant to Rule 50.1(d) of the Local E.D.N.Y. Division of Business Rules)

8. Has this indictment/information been ordered sealed?   ( X ) Yes  ( ) No

9. Have arrest warrants been ordered?                     ( X ) Yes  ( ) No

                                        ROSLYNN R. MAUSKOPF
                                        UNITED STATES ATTORNEY

                                By:     Winston Y. Chan
                                        Winston Y. Chan
                                        Assistant U.S. Attorney
                                        718-254-7577

Rev. 3/22/01

# United States District Court

For The

*Eastern District of New York*

## United States of America

Vs.

Innessa Shurigina
Olga maksimiyl
Oktavian Kupchanko
Oksana Avram
+
Leonid Galchik

No. _____ CR.

I, the undersigned foreman of the Grand Jury of this court, at the 7/24/2006 Term begun and held at Brooklyn, New York on the __25__ Day of __October__ AD 19__2006__ in pursuance of Rule 6 (c) of the Federal Rules of Criminal Procedures, and herein file with the Clerk of the Court a record of the number of grand jurors concurring in the finding of the indictment in the above case, this record shall not to be made public except on order of the court, to wit:

_____19_____ Grand Jurors Concurring

_____
Foreman signature