Case 1:07-cr-00622-RPP   Document 7   Filed 11/08/2007   Page 1 of 1

**MEMO ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-08-07
```

**Igor Niman, Esq.**
**Attorney at Law**
1909 East 17th Street
Brooklyn, NY 11229
Phone: (718) 382-1689
Fax: (718) 228-6633



RECEIVED NOV -8 2007 CHAMBERS OF JUDGE ROBERT P. PATTERSON

November 8, 2007

Hon. Robert P. Patterson
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2550
New York, NY 10007

      Re: United State of America vs. Oksana Avram
      Docket No.: - 06 CR 1024-03 (RPP) and
                  07 CR 622-04 (RPP)

Dear Hon. Patterson:

In response to the phone call from Your Honor's Chambers it was understood that the Sentencing for Oksana Avram was scheduled for November 7, 2007. Before that date, I and Mr. Leung had various discussions with respect to the adjourned court date, however neither myself nor Mr. Leund had a definite date in mind. Yesterday's scheduled court date came in a complete surprise to me.

At this time I would like to propose any date during the week of December 17, 2007, except for Thursday December 20, 2007, as a sentencing date.

Should there be any inconveniences for any of the parties with respect to this proposal, please feel free to reach me at the above referenced phone number.

Sincerely yours,

Igor Niman

*Application granted. Sentencing 12/17/07 at 4PM. So ordered.*
*Robert P Patterson*
*USDJ*
*11/08/07*