**Igor Niman, Esq.**
**Attorney at Law**
1909 East 17th Street
Brooklyn, NY 11229
Phone: (718) 382-1689
Fax: (718) 228-6633

RECEIVED
FEB 14 2008
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

February 14, 2008

Hon. Robert Patterson
Senior U.S. District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: United States of America v. Oksana Avram
Docket No.: 06 CR 1024-03 (RPP) &
07 CR 622-04 (RPP)

Dear Hon. Patterson:

This letter is written with respect to a sentencing conference for Oksana Avram, who's sentencing was scheduled to February 15, 2008. However, at this time Defense is not ready to proceed. Both sides consent to an adjournment of sentencing date and respectfully ask this Court to adjourn sentencing to a different date, namely to February 29, 2008 at ~~4PM~~ or February 26, 2008 in the morning, which ever is more preferable to the court. *at 10AM*

In case if there are any questions, please feel free to reach me at the above referenced phone number.

Respectfully submitted,

Igor Niman

Cc: AUSA Wilson Leung

*application granted*
*So ordered*
*Robt P Patterson*
*USDJ*
*2/15/08*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08